## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 16-130-JJB-EWD |
| *versus* : | |
| : | **(UNDER SEAL)** |
| JORDAN HAMLETT : | |

## MOTION AND ORDER FOR LEAVE
## TO SUBSTITUTE DOCUMENT UNDER SEAL

**NOW INTO COURT**, comes the United States of America by Corey R. Amundson, Acting United States Attorney for the Middle District of Louisiana, through Ryan Rezaei, Assistant United States Attorney, who respectfully moves this Court to grant the United States leave to substitute a corrected version of United States' Ex Parte Motion to Revoke Pretrial Release Order and Request of Issuance of Arrest Warrant To Hold Defendant For Revocation Proceeding and represents that:

The United States filed into record, under Document No. 38, a United States' Ex Parte Motion to Revoke Pretrial Release Order and Request of Issuance of Arrest Warrant To Hold Defendant For Revocation Proceeding on July 27, 2017. The original motion contained inadequate facts.

**WHEREFORE**, the United States prays that, based on the reasoning stated above, this Honorable Court grants the Motion and Order for Leave to Substitute United States' Ex Parte Motion to Revoke Pretrial Release Order and Request of Issuance of Arrest Warrant To Hold Defendant For Revocation Proceeding.

UNITED STATES OF AMERICA, by

COREY R. AMUNDSON
ACTING UNITED STATES ATTORNEY


/s/ Ryan Rezaei
Ryan Rezaei, CABN 285133
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana  70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: ryan.rezaei@usdoj.gov

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 16-130-JJB-EWD |
| *versus* : | |
| : | **(UNDER SEAL)** |
| JORDAN HAMLETT : | |

## ORDER

Considering the United States' Motion and Order for Leave to Substitute Document Under Seal,

**IT IS ORDERED** that the United States is granted leave to substitute a corrected version of the Ex Parte Motion to Revoke Pretrial Release Order and Request of Issuance of Arrest Warrant To Hold Defendant For Revocation Proceeding which was previously filed into the record under Document No. 38 on July 27, 2017.

**IT IS FURTHER ORDERED** that the original Ex Parte Motion to Revoke Pretrial Release Order and Request of Issuance of Arrest Warrant To Hold Defendant For Revocation Proceeding (Doc. 38) is **STRICKEN** from the record.

**DATED AND SO ORDERED** this _____ day of July, 2017, at Baton Rouge, Louisiana.

_____
ERIN WILDER-DOOMES
UNITED STATES MAGISTRATE COURT