# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 16-130-JJB-EWD |
| *versus* : | |
| : | **(UNDER SEAL)** |
| JORDAN HAMLETT : | |

## UNITED STATES' EX PARTE MOTION TO REVOKE PRETRIAL RELEASE ORDER AND REQUEST FOR ISSUANCE OF ARREST WARRANT TO HOLD DEFENDANT FOR REVOCATION PROCEEDING

**NOW INTO COURT** comes the United States of America by Corey R. Amundson, Acting United States Attorney for the Middle District of Louisiana, through the undersigned Assistant United States Attorney, and respectfully represents the following:

1.

On November 10, 2016, **Jordan Hamlett**, the defendant, was charged with one count of false representation of a social security number in violation of 42 U.S.C. § 408(a)(7)(B).

2.

On July 25, 2017, the United States received notification from the U.S. Probation and Pretrial Services Office that the defendant had numerous violations of his pretrial release conditions, including the following:

a. CONDITION NO. 1: The defendant must not violate federal, state, or local law while on release.  The defendant violated this condition in that, on June 11, 2017, he admitted that he had hacked the social media and email accounts of the

husband of a woman who had asked him to conduct surveillance on her husband. The woman had suspected her husband of having an affair.

b. CONDITION NO. 3: The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.  The defendant violated this condition in that he moved to a new residence without advising the Court or pretrial services in writing.

c. CONDITION NO. (7)(f): Abide by the following restrictions on personal associations, residence, or travel: Middle District of Louisiana, unless pre-approved by pretrial services.  The defendant violated this condition in that, on July 22, 2017 to July 23, 2017, the defendant traveled to the Texas without preapproval by pretrial services.

d. CONDITION NO. (7)(p)(iii): Participate in one of the following location restriction programs and comply with its requirements as directed.  The defendant has repeatedly violated this condition by failing to keep his device charged since June 20, 2017.

e. CONDITION NO. (7)(s): Shall submit to computer monitoring at the discretion of pretrial services.  The defendant violated this condition in that he accessed the internet using devices that were not subject to computer monitoring. Furthermore, on July 24, 2017, he reported that he had been in possession of a cell phone for about a month.  However, that phone was not enrolled in computer monitoring.

3.

As far as the applicable legal standard, if there is clear and convincing evidence that the defendant has violated any other condition of release, and should the judicial officer find either that (1) there is no condition or combination of conditions of release that will assure that the defendant will not pose a danger to the safety of any other person or the community, or (2) the defendant is unlikely to abide by any condition or combination of conditions of release, then the judicial officer must revoke the release order and order the defendant's detention.  *See* 18 U.S.C. § 3148(b)(1)(B) and (b)(2).

4.

A judicial officer may issue a warrant for the arrest of a person charged with violating a court order.  *See* 18 U.S.C. § 3148 and Fed. R. Crim. P. 4.

**WHEREFORE**, the United States respectfully requests that this Honorable Court issue a warrant for defendant's arrest.

**FURTHERMORE**, the United States respectfully requests that should this Honorable Court find clear and convincing evidence that the defendant has violated any other condition of release, and that (1) there is no condition or combination of conditions of release that will assure that the defendant will not pose a danger to the safety of any other person or the community, or (2) the defendant is unlikely to abide by any condition or combination of conditions of release, the Court revoke the defendant's release order, remand

him to the custody of the United States Marshal, and order that he be held in custody pending a proceeding to revoke the release order.

    Respectfully submitted this 28th day of July, 2017.

                                   UNITED STATES OF AMERICA, by

                                   COREY R. AMUNDSON
                                   ACTING UNITED STATES ATTORNEY

                                 /s/ Ryan Rezaei
                                 Ryan Rezaei, CABN 285133
                                 Assistant United States Attorney
                                 777 Florida Street, Suite 208
                                 Baton Rouge, Louisiana  70801
                                 Telephone: (225) 389-0443
                                 Fax: (225) 389-0561
                                 E-mail: ryan.rezaei@usdoj.gov

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 16-130-JJB-EWD |
| *versus* : | |
| : | **(UNDER SEAL)** |
| JORDAN HAMLETT : | |

## **ORDER**

Considering the Government's foregoing Ex Parte Motion to Revoke Pre-Trial Release Order, and Request for Issuance of Arrest Warrant to Hold Defendant for Revocation Proceeding,

**IT IS ORDERED** that a warrant will issue for defendant **JORDAN HAMLETT**'s arrest for violating a condition of release set forth in the Court's Order and thereafter the defendant will be held pending a proceeding to revoke his release order.

This _____ day of July 2017, Baton Rouge, Louisiana.

_____
ERIN WILDER-DOOMES
UNITED STATES MAGISTRATE JUDGE