## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 16-130-JJB-EWD |
| *versus* | : | |
| | : | **(UNDER SEAL)** |
| JORDAN HAMLETT | : | |

### ORDER

Considering the United States' Motion and Order for Leave to Substitute Document Under Seal,

**IT IS ORDERED** that the United States is granted leave to substitute a corrected version of the Ex Parte Motion to Revoke Pretrial Release Order and Request of Issuance of Arrest Warrant To Hold Defendant For Revocation Proceeding which was previously filed into the record under Document No. 38 on July 27, 2017.

**IT IS FURTHER ORDERED** that the original Ex Parte Motion to Revoke Pretrial Release Order and Request of Issuance of Arrest Warrant To Hold Defendant For Revocation Proceeding (Doc. 38) is **STRICKEN** from the record.

**DATED AND SO ORDERED** Signed in Baton Rouge, Louisiana, on July 28, 2017.

_____
**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**