## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL NO. 16-130-JJB-EWD |
| *versus* | : | |
| | : | **(UNDER SEAL)** |
| JORDAN HAMLETT | : | |

### ORDER

Considering the Government's foregoing Ex Parte Motion to Revoke Pre-Trial Release Order, and Request for Issuance of Arrest Warrant to Hold Defendant for Revocation Proceeding,

**IT IS ORDERED** that a warrant will issue for defendant **JORDAN HAMLETT**'s arrest for violating a condition of release set forth in the Court's Order and thereafter the defendant will be held pending a proceeding to revoke his release order.

Signed in Baton Rouge, Louisiana, on July 28, 2017.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**